COOLEY LLP
MICHELLE C. DOOLIN (CA Bar No. 179445)
(mdoolin@cooley.com)
LEO P. NORTON (CA Bar No. 216282)
(lnorton@cooley.com)
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

Attorneys for Defendant
ONE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ETRI, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONE MEDICAL GROUP, INC.,<br><br>Defendant. | Case No. 3:22-cv-02504-JCS<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

In addition, pursuant to Federal Rule of Civil Procedure 7.1, One Medical Group, Inc. states that it has no parent corporation and no publicly held company owns 10% or more of its stock.

Dated: July 1, 2022

COOLEY LLP

By: s/ Leo P. Norton
    Leo P. Norton

Attorneys for Defendant
ONE MEDICAL GROUP, INC.