1  COOLEY LLP
   MICHELLE C. DOOLIN (179445)
2  (mdoolin@cooley.com)
   LEO P. NORTON (216282)
3  (lnorton@cooley.com)
   4401 Eastgate Mall
4  San Diego, CA 92121
   Telephone: (858) 550-6000
5  Facsimile: (858) 550-6420

6  Attorneys for Defendant ONE MEDICAL GROUP, INC.

7  EDELSBERG LAW, P.A.
   SCOTT EDELSBERG (330090)
8  scott@edelsberglaw.com
   1925 Century Park East, Suite 1700
9  Los Angeles, CA 90067
   Telephone: (305) 975-3320
10 Facsimile: (786) 623-0915

11 SHAMIS & GENTILE, P.A.
   Andrew J. Shamis (*pro hac vice* forthcoming)
12 ashamis@shamisgentile.com
   14 NE 1st Avenue, Suite 705
13 Miami, FL 33132
   Tel: (305) 479-2299
14

15 Attorneys for Plaintiff ROBERT ETRI

16                   UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18

19 | ROBERT ETRI, individually, and on behalf of all others similarly situated, | Case No. 4:22-cv-02504 YGR
20 | | CLASS ACTION
21 | Plaintiff, | **JOINT STIPULATION TO REFER CLAIMS TO ARBITRATION AND STAY ACTION; [PROPOSED] ORDER**
22 | v. |
23 | ONE MEDICAL GROUP, INC. | Hon. Yvonne Gonzalez Rogers
24 | Defendant. |

Pursuant to Civil Local Rule 7-12, Plaintiff Robert Etri ("Plaintiff") and Defendant One Medical Group, Inc. ("One Medical") (collectively, "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the complaint in this action on April 25, 2022 (Dkt. No. 1);

WHEREAS, One Medical's deadline to respond to the complaint is presently due on or before July 29, 2022 (Dkt. No. 18);

WHEREAS, the Parties met and conferred over One Medical's planned motion to compel arbitration and stay proceedings pending arbitration;

WHEREAS, the Parties stipulate and agree that the claims asserted in the complaint should be referred to arbitration pursuant to an arbitration agreement between them contained in the Membership Terms of Service ("TOS"), with Plaintiff reserving all rights as to the issues of arbitrability, enforceability, and applicable version of TOS in arbitration;

WHEREAS, the Parties further stipulate and agree that this suit should be stayed pending the conclusion of arbitration under 9 U.S.C. § 3;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, subject to Court approval, as follows:

1. All deadlines and dates be adjourned, including One Medical's deadline to respond to the complaint and the Case Management Conference set for August 15, 2022 (and related deadlines), and this case be stayed in its entirety pending arbitration;

2. Plaintiff will submit his claims to binding arbitration. Plaintiff reserves all rights as to the issues of arbitrability, enforceability, and applicable version of TOS in arbitration, and nothing herein shall be deemed to constitute a waiver of any rights Plaintiff has to challenge the arbitrability or enforceability of the arbitration agreement in arbitration;

3. The Parties will notify the Court within 14 days of the completion of the arbitration or file a Joint Statement reporting on the status of the arbitration no later than 180 days from entry of the Court's order on this stipulation, whichever occurs first.

\ \ \

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 28, 2022	EDELSBERG LAW, PA.

*/s/Scott Edelsberg*
Scott Edelsberg (330090)

Attorneys for Plaintiff
ROBERT ETRI

Dated: July 28, 2022	COOLEY LLP

*/s/Leo P. Norton*
Leo P. Norton (216282)

Attorneys for Defendant
ONE MEDICAL GROUP, INC.

**CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION**

I, Leo P. Norton, attest that concurrence in the filing of this document has been obtained from counsel for Plaintiff. Executed on July 28, 2022, in Oceanside, California.

*/s/Leo P. Norton*
Leo P. Norton

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING, IT IS ORDERED that Plaintiff's claims are hereby referred to arbitration pursuant to the arbitration agreement between them. IT IS FURTHER ORDERED that all deadlines and dates set in this case are adjourned and that this action is stayed in its entirety pending arbitration. The Parties are HEREBY ORDERED to notify the Court within 14 days of the completion of the arbitration or file a Joint Statement reporting on the status of the arbitration no later than 180 days from entry of this Order, which occurs first.

Dated:

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE