COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendant ONE MEDICAL GROUP, INC.

EDELSBERG LAW, P.A.
SCOTT EDELSBERG (330090)
scott@edelsberglaw.com
1925 Century Park East, Suite 1700
Los Angeles, CA  90067
Telephone:  (305) 975-3320
Facsimile:  (786) 623-0915

SHAMIS & GENTILE, P.A.
Andrew J. Shamis (*pro hac vice* forthcoming)
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: (305) 479-2299

Attorneys for Plaintiff ROBERT ETRI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ETRI, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>ONE MEDICAL GROUP, INC.<br><br>                    Defendant. | Case No. 4:22-cv-02504 YGR<br><br>CLASS ACTION<br><br>**JOINT STATEMENT RE ARBITRATION STATUS**<br><br>Hon. Yvonne Gonzalez Rogers |

1    Plaintiff Robert Etri ("Plaintiff") and Defendant One Medical Group, Inc. ("One Medical")

2 (collectively, "Parties"), by and through their attorneys of record, file this Joint Statement to report on

3 the status of arbitration.

4    On July 29, 2022, this Court entered its Order Granting Stipulation To Refer Claims To

5 Arbitration And Conditionally Closing Case For Statistical Purposes, which directed that the "parties

6 shall notify the Court within 14 days of the completion of the arbitration or file a Joint Statement

7 reporting on the status of the arbitration no later than 180 days from entry of this Order, whichever

8 occurs first." (Dkt. No. 21.)

9    The status of the arbitration is as follows: Plaintiff filed his demand for arbitration requesting

10 an order declaring the parties' arbitration agreement invalid and unenforceable under *McGill v.*

11 *Citibank*.  Respondent filed its answering statement denying all liability and asserting that the parties'

12 arbitration agreement is valid and enforceable and that *McGill* is inapplicable for multiple independent

13 reasons.  Pursuant to the Consumer Arbitration Rules of the American Arbitration Association (AAA),

14 a telephonic Preliminary Hearing was held on January 19, 2023, before Arbitrator Diana Kruze.  The

15 parties stipulated and the Arbitrator agreed to first evaluate the validity of the parties' arbitration

16 agreement prior to discussing scheduling of the merits.  The Arbitrator set the following motion

17 schedule:

18    • The opening brief from Respondent will be filed and served on or before

19        February 28, 2023.

20    • The opposition brief from Claimant will be filed and served on or before

21        March 21, 2023.

22    • The reply brief will be filed and served on or before March 31, 2023.

23    • An optional hearing shall take place via zoom on April 10, 2023 at noon pacific time.

24 The Arbitrator shall issue an order regarding the motion within 30 days after the hearing is closed.

25    Given the status and potential for additional arbitration proceedings regarding the merits, the

26 parties propose that they notify the Court within 14 days of the completion of the arbitration or file a

27 Joint Statement reporting on the status of the arbitration no later than 180 days from the filing date of

28 this Joint Statement, whichever occurs first.

**JOINT STATEMENT RE ARBITRATION STATUS**
**CASE NO. 4:22-CV-02504 YGR**

1    Respectfully submitted,

2    Dated:  January 25, 2023                    EDELSBERG LAW, PA.

3                                                /s/Scott Edelsberg
                                                 Scott Edelsberg (330090)
4
                                                 Attorneys for Plaintiff
5                                                ROBERT ETRI

6
     Dated:  January 25, 2023                    COOLEY LLP
7
                                                 /s/Leo P. Norton
8                                                Leo P. Norton (216282)

9                                                Attorneys for Defendant
                                                 ONE MEDICAL GROUP, INC.
10

11              **CIVIL LOCAL RULE 5-1(h)(3) ATTESTATION**

12        I, Leo P. Norton, attest that concurrence in the filing of this document has been obtained from

13   counsel for Plaintiff.  Executed on January 25, 2023, in San Diego, California.

14                                               /s/Leo P. Norton
                                                 Leo P. Norton
15

16

17

18

19

20

21

22

23

24

25

26

27

28