**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ETRI, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>ONE MEDICAL GROUP, INC.,<br><br>*Defendant.* | Case No. 4:22-cv-02504-YGR<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Robert Etri, does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Robert Etri, individually, are hereby dismissed with prejudice.
2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: April 19, 2024

Respectfully submitted,

By: */s/ Scott Edelsberg*
    **EDELSBERG LAW, P.A.**
    Scott Edelsberg, Esq. (CA Bar No. 330990)
    1925 Century Park E #1700
    Los Angeles, CA 90067
    Telephone: 305-975-3320
    scott@edelsberglaw.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By:   */s/ Scott Edelsberg*
       Scott Edelsberg, Esq.
       CA Bar No. 330990
       *Counsel for Plaintiff*